# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HILLCREST INVESTMENTS, LTD., et al.,<br>    Plaintiffs,<br>v.<br>AMERICAN BORATE COMPANY, et al.,<br>    Defendants. | Case No. 2:21-cv-00964-RFB-NJK<br>**ORDER**<br>[Docket No. 4] |

Pending before the Court is the United States Fish and Wildlife Service and the National Park Service's unopposed motion to extend the time to file a response to Plaintiffs' complaint. Docket No. 4. For good cause shown, the Court **GRANTS** the motion. No later than June 22, 2021, these defendants must file a response to Plaintiffs' complaint.

IT IS SO ORDERED.

DATED: May 26, 2021

_____
Nancy J. Koppe
United States Magistrate Judge