**SAO**
BYRON E. THOMAS, ESQ. (NBN 8906)
E-mail: byronthomaslaw@gmail.com
LAW OFFICES OF BYRON THOMAS
3275 S. Jones Blvd, Ste 104
Las Vegas, Nevada 89146
Telephone:    702 747-3103
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF, NEVADA**

| | |
|---|---|
| HILLCREST INVESTMENTS, LTD., a Canadian Corporation; AMERGOSA ENTERPRISE, LLC.,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN BORATE COMPANY a foreign corporation; AMERICAN BORATE COMPANY OF TEXAS a foreign corporation, STATE ENGINEER, STATE OF NEVADA, DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES, DIVISION OF WATER RESOURCES, A Nevada Political Subdivision; RAMM Corporation, a Nevada Corporation; UNITED STATES FISH AND WILD SERVICE a division of the UNITED STATES; NATIONAL PARK SERVICE, a division of the UNITED STATES; and DOES I-V, ROES VI-X,<br><br>Defendants. | Case No 2:21-cv-00964-RFB-NJK<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO MOTION TO DISMISS**<br>**(FIRST REQUEST)** |

**COMES NOW,** Plaintiffs and Defendant, Adam Sullivan, P.E., in his capacity as Acting Nevada State Engineer, Department of Conservation and Natural Resources, Division of Water Resources (hereafter "Nevada State Engineer") by and through their respective attorneys of record hereby stipulate and agree as follows:

/ / /

/ / /

On May 26, 2021, the Nevada State Engineer filed a Motion to Dismiss ("Motion"). *See* (ECF No. 5). Plaintiff's response to the Motion was originally due on June 9, 2021. The parties agreed to extend the response deadline to June 14, 2021, to accommodate workload and scheduling conflicts for Plaintiff's counsel. This is the parties' first request..

| | |
|---|---|
| **AARON D. FORD**<br>**Attorney General** | **LAW OFFICES OF BYRON THOMAS** |
| /s/ James N. Bolotin Esq. | /s/ Byron E. Thomas, Esq. |
| James N. Bolotin, Esq.<br>Senior Deputy Attorney General<br>Bar # 13829<br>100 North Carson Street Carson City, Nevada 89701-4717<br>T: (775) 684-1231<br>Attorneys for Defendant Nevada State Engineer | Byron E. Thomas, Esq.<br>Bar # 8906<br>3275 S. Jones Blvd. Ste. 104<br>Las Vegas, NV 89146<br><br>Attorney for Plaintiffs |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 14th day of June, 2021.