**SAO**
BYRON E. THOMAS, ESQ. (NBN 8906)
E-mail: byronthomaslaw@gmail.com
LAW OFFICES OF BYRON THOMAS
3275 S. Jones Blvd, Ste 104
Las Vegas, Nevada 89146
Telephone:    702 747-3103
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF, NEVADA**

| | |
|---|---|
| HILLCREST INVESTMENTS, LTD., a Canadian Corporation; AMERGOSA ENTERPRISE, LLC., <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN BORATE COMPANY a foreign corporation; AMERICAN BORATE COMPANY OF TEXAS a foreign corporation, STATE ENGINEER, STATE OF NEVADA, DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES, DIVISION OF WATER RESOURCES, A Nevada Political Subdivision; RAMM Corporation, a Nevada Corporation; UNITED STATES FISH AND WILD SERVICE a division of the UNITED STATES; NATIONAL PARK SERVICE, a division of the UNITED STATES; and DOES I-V, ROES VI-X, <br><br> Defendants. | Case No 2:21-cv-00964-RFB-NJK <br><br> **STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE DEFENDANTS AMERICAN BORATE COMPANY AND AMERICAN BORATE COMPANY OF TEXAS' MOTION TO DISMISS (FIRST REQUEST)** |

**COMES NOW,** Plaintiffs and Defendants, **AMERICAN BORATE COMPANY AND AMERICAN BORATE COMPANY OF TEXAS'** (hereafter "American Borate") by and through their respective attorneys of record hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

On June 4, 2021, the Nevada State Engineer filed a Motion to Dismiss ("Motion"). *See* (ECF No. 7). Plaintiff's response to the Motion was originally due on June 18, 2021. The parties agreed to extend the response deadline to June 24, 2021, to accommodate workload and scheduling conflicts for Plaintiff's counsel. This is the parties' first request..

| | |
|---|---|
| **LEONARD LAW PC** | **LAW OFFICES OF BYRON THOMAS** |
| /s/ Debbie Leonard | /s/ Byron E. Thomas |
| Debbie Leonard<br>Bar # 8260<br>955 South Virginia Street, Suite 220 Reno, Nevada 89502 (775) 964-4656<br>Attorneys for American Borate Company and American Borate Company of Texas | Byron E. Thomas, Esq.<br>Bar # 8906<br>3275 S. Jones Blvd. Ste. 104<br>Las Vegas, NV 89146<br><br>Attorney for Plaintiffs |

**IT IS SO ORDERED.**

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 22nd day of June, 2021.