**SAO**
BYRON E. THOMAS, ESQ. (NBN 8906)
E-mail: byronthomaslaw@gmail.com
LAW OFFICES OF BYRON THOMAS
3275 S. Jones Blvd, Ste 104
Las Vegas, Nevada 89146
Telephone:     702 747-3103
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF, NEVADA**

| | |
|---|---|
| HILLCREST INVESTMENTS, LTD., a Canadian Corporation; AMERGOSA ENTERPRISE, LLC.,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN BORATE COMPANY a foreign corporation; AMERICAN BORATE COMPANY OF TEXAS a foreign corporation, STATE ENGINEER, STATE OF NEVADA, DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES, DIVISION OF WATER RESOURCES, A Nevada Political Subdivision; RAMM Corporation, a Nevada Corporation; UNITED STATES FISH AND WILD SERVICE a division of the UNITED STATES; NATIONAL PARK SERVICE, a division of the UNITED STATES; and DOES I-V, ROES VI-X,<br><br>Defendants. | Case No 2:21-cv-00964-RFB-NJK<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANTS AMERICAN BORATE COMPANY AND AMERICAN BORATE COMPANY OF TEXAS' MOTION TO DISMISS**<br><br>**(SECOND REQUEST)** |

**COMES NOW,** Plaintiffs HILLCREST INVESTMENTS, LTD. and AMERGOSA ENTERPRISE, LLC ("Plaintiffs") and Defendants, **AMERICAN BORATE COMPANY AND AMERICAN BORATE COMPANY OF TEXAS** (hereafter "American Borate") by and through their respective attorneys of record hereby stipulate and agree as follows:

/ / /

/ / /

On June 4, 2021, American Borate filed a Motion to Dismiss ("Motion"). *See* (ECF No. 7). Plaintiff's response to the Motion was originally due on June 18, 2021. The parties agreed to extend the response deadline to June 24, 2021. The Court granted the stipulation. (ECF No. 18). The parties submit this second stipulation to extend the deadline to accommodate Plaintiffs' counsel's workload, scheduling conflicts, and a possible resolution to the Motion. The parties request the extension until July 1, 2021. This is the parties' second request.

| | |
|---|---|
| **LEONARD LAW PC** | **LAW OFFICES OF BYRON THOMAS** |
| /s/ Debbie Leonard | /s/ Byron E. Thomas |
| Debbie Leonard<br>Bar # 8260<br>955 South Virginia Street,<br>Suite 220 Reno, Nevada 89502<br>(775) 964-4656 | Byron E. Thomas, Esq.<br>Bar # 8906<br>3275 S. Jones Blvd. Ste. 104<br>Las Vegas, NV 89146 |
| Attorney for American Borate Company and American Borate Company of Texas | Attorney for Plaintiffs |

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 25th day of June, 2021.