**SAO**
BYRON E. THOMAS, ESQ. (NBN 8906)
E-mail: byronthomaslaw@gmail.com
LAW OFFICES OF BYRON THOMAS
3275 S. Jones Blvd, Ste 104
Las Vegas, Nevada 89146
Telephone:    702 747-3103
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF, NEVADA

| | |
|---|---|
| HILLCREST INVESTMENTS, LTD., a Canadian Corporation; AMERGOSA ENTERPRISE, LLC., <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN BORATE COMPANY a foreign corporation; AMERICAN BORATE COMPANY OF TEXAS a foreign corporation, STATE ENGINEER, STATE OF NEVADA, DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES, DIVISION OF WATER RESOURCES, A Nevada Political Subdivision; RAMM Corporation, a Nevada Corporation; UNITED STATES FISH AND WILD SERVICE a division of the UNITED STATES; NATIONAL PARK SERVICE, a division of the UNITED STATES; and DOES I-V, ROES VI-X, <br><br> Defendants. | Case No 2:21-cv-00964-RFB-NJK <br><br> **STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO UNITED STATES FISH AND WILDLIFE SERVICE AND THE NATIONAL PARK SERVICE MOTION TO DISMISS** <br> **(FIRST REQUEST)** |

**COMES NOW,** Plaintiffs and Defendants United States Fish and Wildlife Service and the National Park Service (collectively, "Federal Defendants") by and through their respective attorneys of record hereby stipulate and agree as follows:

/ / /

/ / /

/ / /

On June 21, 2021, the Federal Defendants filed a Motion to Dismiss ("Motion"). *See* (ECF No. 17). Plaintiff's response to the Motion is due on July 6, 2021. The parties agreed to extend the response deadline to July 14, 2021, to accommodate workload and scheduling conflicts for Plaintiff's counsel. The parties also stipulate that the Federal Defendants' Reply is due on July 26, 2021. This is the parties' first request..

| | |
|---|---|
| | **LAW OFFICES OF BYRON THOMAS** |
| /s/ David L. Negri | /s/ Byron E. Thomas |
| **CHRISTOPHER CHIOU** <br> Acting United States Attorney <br> District of Nevada <br> **GREG ADDINGTON** <br> Assistant United States Attorney <br> **JEAN E. WILLIAMS** <br> Acting Assistant Attorney General <br> U.S. Department of Justice <br> **DAVID L. NEGRI,** <br> Trial Attorney Environment and Natural Resources Division <br> U.S. Attorney's Office 1290 West Myrtle Street, Suite 500 Boise, Idaho 83702 (208) 334-1936 | Byron E. Thomas, Esq. <br> Bar # 8906 <br> 3275 S. Jones Blvd. Ste. 104 <br> Las Vegas, NV 89146 <br><br> Attorney for Plaintiffs |

**IT IS SO ORDERED.**

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 8th day of July, 2021.