# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

HILLCREST INVESTMENTS, LTD., et al.,

    Plaintiffs,

v.

AMERICAN BORATE COMPANY, et al.,

    Defendants.

Case No. 2:21-cv-00964-RFB-NJK

**ORDER**

To date, the parties have not filed a joint stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file a joint proposed discovery plan, no later than July 23, 2021.

IT IS SO ORDERED.

Dated: July 16, 2021

_____
Nancy J. Koppe
United States Magistrate Judge