CHRISTOPHER CHIOU
Assistant United States Attorney
District of Nevada
Nevada Bar No. 13644
HOLLY A. VANCE
Assistant United States Attorney
United States Attorney's Office
400 S. Virginia Street, Suite 900
Reno, NV 89501
(775) 784-5438
Holly.A.Vance@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HILLCREST INVESTMENTS, LTD., a Canadian Corporation; AMERGOSA ENTERPRISE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN BORATE COMPANY a foreign corporation; AMERICAN BORATE COMPANY OF TEXAS a foreign corporation; STATE ENGINEER, STATE OF NEVADA, DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES, DIVISION OF WATER RESOURCES, A Nevada Political Subdivision; RAMM Corporation, a Nevada Corporation; UNITED STATES FISH AND WILDLIFE SERVICE, a division of the UNITED STATES; NATIONAL PARK SERVICE, a division of the UNITED STATES; and DOES IV, ROES VI-X,<br><br>Defendants. | Case No. 2:21-cv-00964-RFB-NJK<br><br>**ORDER GRANTING**<br>**MOTION TO APPEAR,**<br>**SUBSTITUTE AND WITHDRAW**<br>**ATTORNEY OF RECORD** |

    Defendants UNITED STATES FISH AND WILDLIFE SERVICE, a division of the UNITED STATES and NATIONAL PARK SERVICE, a division of the UNITED STATES seek to substitute Assistant United States Attorney Holly A. Vance as the counsel for Defendants in the place and stead of Assistant United States Attorney Greg Addington.

1 Defendants respectfully request the Clerk of the Court to please note the withdrawal of Assistant United States Attorney Greg Addington, who is retiring and will no longer be with the United States Attorney's Office, District of Nevada, and should be terminated from further notification from the Court's CM/ECF system.

Hereinafter, all parties to the above-referenced case should notify undersigned counsel of any action in this case.

Respectfully submitted this 1st day of December 2021.

                                                   CHRISTOPHER CHIOU
                                                 Assistant United States Attorney

                                                  _s/ Holly A. Vance_
                                                 HOLLY A. VANCE
                                                 Assistant United States Attorney

IT IS SO ORDERED.

DATED this 1st day of December, 2021.

                                                 _____
                                               United States Magistrate Judge