**SAO**
BYRON E. THOMAS, ESQ. (NBN 8906)
E-mail: byronthomaslaw@gmail.com
LAW OFFICES OF BYRON THOMAS
3275 S. Jones Blvd, Ste 104
Las Vegas, Nevada 89146
Telephone:    702 747-3103
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF, NEVADA

| | |
|---|---|
| HILLCREST INVESTMENTS, LTD., a Canadian Corporation; AMERGOSA ENTERPRISE, LLC., <br><br>           Plaintiffs, <br><br> vs. <br><br> AMERICAN BORATE COMPANY a foreign corporation; AMERICAN BORATE COMPANY OF TEXAS a foreign corporation, STATE ENGINEER, STATE OF NEVADA, DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES, DIVISION OF WATER RESOURCES, A Nevada Political Subdivision; RAMM Corporation, a Nevada Corporation; UNITED STATES   FISH AND WILD SERVICE a division of the UNITED STATES; NATIONAL PARK SERVICE, a division of the UNITED STATES; and DOES I-V, ROES VI-X, <br><br>           Defendants. | Case No 2:21-cv-00964-RFB-NJK <br><br> **STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANTS'AMERICAN BORATE COMPANY AND AMERICAN BORATE COMPANY OF TEXAS' RENEWED MOTION FOR SANCTIONS** <br><br> **(FIRST REQUEST)** |

**COMES NOW,** Plaintiffs **HILLCREST INVESTMENTS, LTD. and AMERGOSA ENTERPRISE, LLC** ("Plaintiffs") and Defendants, **AMERICAN BORATE COMPANY AND AMERICAN BORATE COMPANY OF TEXAS** (hereafter "American Borate") by and through their respective  attorneys of record  hereby stipulate and agree as follows:

/ / /

/ / /

On June 28, 2022, American Borate filed a Renewed Motion for Sanctions ("Motion"). *See* ECF No. 64. Plaintiff's response to the Motion is due on July 12, 2022. The parties have agreed to extend the response deadline to July 21, 2022 due to counsel's workload and scheduling conflicts. The parties request the extension until July 21, 2022. This is the parties' first request.

| | |
|---|---|
| **LEONARD LAW PC** | **LAW OFFICES OF BYRON THOMAS** |
| /s/ Debbie Leonard | /s/ Byron E. Thomas |
| Debbie Leonard<br>Bar # 8260<br>955 South Virginia Street, Suite 220<br>Reno, Nevada 89502<br>(775) 964-4656 | Byron E. Thomas, Esq.<br>Bar # 8906<br>3275 S. Jones Blvd. Ste. 104<br>Las Vegas, NV 89146 |
| | Attorney for Plaintiffs |
| Attorney for American Borate Company and American Borate Company of Texas | |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 19th day of July, 2022.