**SAO**
BYRON E. THOMAS, ESQ. (NBN 8906)
E-mail: byronthomaslaw@gmail.com
LAW OFFICES OF BYRON THOMAS
3275 S. Jones Blvd, Ste 104
Las Vegas, Nevada 89146
Telephone:    702 747-3103
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF, NEVADA

| | |
|---|---|
| HILLCREST INVESTMENTS, LTD., a Canadian Corporation; AMERGOSA ENTERPRISE, LLC., <br><br>  Plaintiffs, <br><br> vs. <br><br> AMERICAN BORATE COMPANY a foreign corporation; AMERICAN BORATE COMPANY OF TEXAS a foreign corporation, STATE ENGINEER, STATE OF NEVADA, DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES, DIVISION OF WATER RESOURCES, A Nevada Political Subdivision; RAMM Corporation, a Nevada Corporation; UNITED STATES FISH AND WILD SERVICE a division of the UNITED STATES; NATIONAL PARK SERVICE, a division of the UNITED STATES; and DOES I-V, ROES VI-X, <br><br>  Defendants. | Case No 2:21-cv-00964-RFB-NJK <br><br> **STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANTS'AMERICAN BORATE COMPANY AND AMERICAN BORATE COMPANY OF TEXAS' RENEWED MOTION FOR SANCTIONS AND REPLY TO RESPONSE TO MOTION TO RECONSIDER** <br><br> **(THIRD REQUEST)** |

**COMES NOW,** Plaintiffs **HILLCREST INVESTMENTS, LTD. and AMERGOSA ENTERPRISE, LLC** ("Plaintiffs") and Defendants, **AMERICAN BORATE COMPANY AND AMERICAN BORATE COMPANY OF TEXAS** (hereafter "American Borate") by and through their respective attorneys of record hereby stipulate and agree as follows:

/ / /

/ / /

American Borate filed a Response to Plaintiffs' Motion to Reconsider. ( ECF No. 49).  The Court granted a motion to extend the deadline for Plaintiffs to file a reply to July 21. 2022 (the "Reply").    (ECF No. 60).    American Borate also filed a  Renewed Motion for Sanctions ("Motion").  *See* ECF No. 64. The Court granted a stipulation to extend the deadline to file a response to the Renewed Motion to July 21, 2022 (the "Response"). (ECF No. 65).

---

THIS PAGE LEFT INTENTIONALLY BLANK

Plaintiff timely filed a motion to extend the deadline to file the Response and the Reply from July 21, 2022 to July 27, 2022 ("Second Motion to Extend"). (ECF Nos. 67 and 68). The Court has not ruled on the Second Motion to Extend. However, the parties agree that this Stipulation renders the Second Motion to Extend moot, becausehe parties have agreed to extend the response deadline furtherdue to counsel's workload and scheduling conflicts, caused in part by Plaintiffs' counsel's prior illness. The parties request the extension until August 4, 2022. This is the parties' third request.

**LEONARD LAW PC**

/s/ Debbie Leonard

Debbie Leonard
Bar # 8260
955 South Virginia Street,
Suite 220
Reno, Nevada 89502
(775) 964-4656

Attorney for American Borate Company and American Borate Company of Texas

**LAW OFFICES OF BYRON THOMAS**

/s/ Byron E. Thomas

Byron E. Thomas, Esq.
Bar # 8906
3275 S. Jones Blvd. Ste. 104
Las Vegas, NV 89146

Attorney for Plaintiffs

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 28th day of July, 2022.