**SAO**
BYRON E. THOMAS, ESQ. (NBN 8906)
E-mail: byronthomaslaw@gmail.com
LAW OFFICES OF BYRON THOMAS
3275 S. Jones Blvd, Ste 104
Las Vegas, Nevada 89146
Telephone:    702 747-3103
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF, NEVADA

| | |
|---|---|
| HILLCREST INVESTMENTS, LTD., a Canadian Corporation; AMERGOSA ENTERPRISE, LLC.,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN BORATE COMPANY a foreign corporation; AMERICAN BORATE COMPANY OF TEXAS a foreign corporation, STATE ENGINEER, STATE OF NEVADA, DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES, DIVISION OF WATER RESOURCES, A Nevada Political Subdivision; RAMM Corporation, a Nevada Corporation; UNITED STATES  FISH AND WILD SERVICE a division of the UNITED STATES; NATIONAL PARK SERVICE, a division of the UNITED STATES; and DOES I-V, ROES VI-X,<br><br>Defendants. | Case No 2:21-cv-00964-RFB-NJK<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANTS'AMERICAN BORATE COMPANY AND AMERICAN BORATE COMPANY OF TEXAS' RENEWED MOTION FOR SANCTIONS AND REPLY TO RESPONSE TO MOTION TO RECONSIDER**<br><br>**(FOURTH REQUEST)** |

**COMES NOW,** Plaintiffs **HILLCREST INVESTMENTS, LTD. and AMERGOSA ENTERPRISE, LLC** ("Plaintiffs") and Defendants, **AMERICAN BORATE COMPANY AND AMERICAN BORATE COMPANY OF TEXAS**  (hereafter "American Borate") by and through their respective  attorneys of record  hereby stipulate and agree as follows:

/ / /

/ / /

On July 28, 2022, the Court granted the Plaintiffs' third request for an extension, making August 4, 2022 the new due date for Plaintiffs' Response to the Renewed Motion for Sanctions ("Response") and Plaintiffs' Reply to the Opposition to the Motion to Recondsider ("Reply"). (ECF No. 70).

THE REMAINDER OF THIS PAGE LEFT INTENTIONALLY BLANK

The parties now stipulate to this fourth request for an extension for the deadline for Plaintiffs to file the Response and the Reply, due to Plaintiffs' counsel's workload and scheduling conflicts, caused in part by Plaintiffs' counsel's unfortunate continued illness. The parties stipulate that the new due date for the Response and Reply shall be August 12, 2022.  This is Plaintiffs' fourth request.

| LEONARD LAW, PC | LAW OFFICES OF BYRON THOMAS |
|---|---|
| /s/ Debbie Leonard | /s/ Byron E. Thomas |
| Debbie Leonard<br>Bar # 8260<br>955 South Virginia Street, Suite 220<br>Reno, Nevada 89502<br>(775) 964-4656<br><br>Attorney for American Borate Company and American Borate Company of Texas | Byron E. Thomas, Esq.<br>Bar # 8906<br>3275 S. Jones Blvd. Ste. 104<br>Las Vegas, NV 89146<br><br>Attorney for Plaintiffs |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:  August 5, 2022.