**SAO**
BYRON E. THOMAS, ESQ. (NBN 8906)
E-mail: byronthomaslaw@gmail.com
LAW OFFICES OF BYRON THOMAS
3275 S. Jones Blvd, Ste 104
Las Vegas, Nevada 89146
Telephone:   702 747-3103
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF, NEVADA

| | |
|---|---|
| HILLCREST INVESTMENTS, LTD., a Canadian Corporation; AMERGOSA ENTERPRISE, LLC., <br><br>Plaintiffs, <br><br>vs. <br><br>AMERICAN BORATE COMPANY a foreign corporation; AMERICAN BORATE COMPANY OF TEXAS a foreign corporation, STATE ENGINEER, STATE OF NEVADA, DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES, DIVISION OF WATER RESOURCES, A Nevada Political Subdivision; RAMM Corporation, a Nevada Corporation; UNITED STATES  FISH AND WILD SERVICE a division of the UNITED STATES; NATIONAL PARK SERVICE, a division of the UNITED STATES; and DOES I-V, ROES VI-X, <br><br>Defendants. | Case No 2:21-cv-00964-RFB-NJK <br><br>**STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANTS'AMERICAN BORATE COMPANY AND AMERICAN BORATE COMPANY OF TEXAS' RENEWED MOTION FOR SANCTIONS AND REPLY TO RESPONSE TO MOTION TO RECONSIDER** <br><br>**(FIFTH REQUEST)** |

**COMES NOW,** Plaintiffs **HILLCREST INVESTMENTS, LTD. and AMERGOSA ENTERPRISE, LLC** ("Plaintiffs") and Defendants, **AMERICAN BORATE COMPANY AND AMERICAN BORATE COMPANY OF TEXAS** (hereafter "American Borate") by and through their respective  attorneys of record  hereby stipulate and agree as follows:

/ / /

/ / /

On August 5, 2022, the Court granted the parties' fourth request for an extension., making the new due date for Plaintiffs' Response to the Renewed Motion for Sanctions ("Response") and Response to the Opposition to the Motion to Recondsider ("Reply") August 12, 2022. (ECF No. 72).

THIS PAGE LEFT INTENTIONALLY BLANK

The parties now make this fifth request for an extension for the deadline for Plaintiffs to file the Response and the Reply, due to counsel's workload and scheduling conflicts, caused in part by Plaintiffs' counsel's unfortunate continued illness. The parties request the extension until August 19, 2022. This is the parties' fifth request.

**LEONARD LAW PC**

/s/ Debbie Leonard

Debbie Leonard
Bar # 8260
955 South Virginia Street,
Suite 220
Reno, Nevada 89502
(775) 964-4656

Attorney for American Borate Company and American Borate Company of Texas

**LAW OFFICES OF BYRON THOMAS**

/s/ Byron E. Thomas

Byron E. Thomas, Esq.
Bar # 8906
3275 S. Jones Blvd. Ste. 104
Las Vegas, NV 89146

Attorney for Plaintiffs

**IT IS SO ORDERED.**

RICHARD E. BOULWARE, II
United States District Court

DATED this 15th day of August, 2022.