**SAO**
BYRON E. THOMAS, ESQ. (NBN 8906)
E-mail: byronthomaslaw@gmail.com
LAW OFFICES OF BYRON THOMAS
3275 S. Jones Blvd, Ste 104
Las Vegas, Nevada 89146
Telephone:   702 747-3103
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF, NEVADA

| | |
|---|---|
| HILLCREST INVESTMENTS, LTD., a Canadian Corporation; AMERGOSA ENTERPRISE, LLC., <br><br>          Plaintiffs, <br><br> vs. <br><br> AMERICAN BORATE COMPANY a foreign corporation; AMERICAN BORATE COMPANY OF TEXAS a foreign corporation, STATE ENGINEER, STATE OF NEVADA, DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES, DIVISION OF WATER RESOURCES, A Nevada Political Subdivision; RAMM Corporation, a Nevada Corporation; UNITED STATES  FISH AND WILD SERVICE a division of the UNITED STATES; NATIONAL PARK SERVICE, a division of the UNITED STATES; and DOES I-V, ROES VI-X, <br><br>          Defendants. | Case No 2:21-cv-00964-RFB-NJK <br><br> **STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANTS'AMERICAN BORATE COMPANY AND AMERICAN BORATE COMPANY OF TEXAS' RENEWED MOTION FOR SANCTIONS AND REPLY TO RESPONSE TO MOTION TO RECONSIDER** <br><br> **(SIXTH REQUEST)** |

**COMES NOW,** Plaintiffs **HILLCREST INVESTMENTS, LTD. and AMERGOSA ENTERPRISE, LLC** ("Plaintiffs") and Defendants, **AMERICAN BORATE COMPANY AND AMERICAN BORATE COMPANY OF TEXAS** (hereafter "American Borate") by and through their respective  attorneys of record  hereby stipulate and agree as follows:

/ / /

/ / /

On August 15, 2022, the Court granted the parties' stipulation (fifth request) for an extension of time for Plaintiffs to file their Response to American Borate's Renewed Motion for Sanctions ("Response") and their Reply to the Opposition to Plaintiffs' Motion to Reconsider ("Reply"). ECF No. 74. The new due date for both the Response and the Reply is August 19, 2022. *Id.*

THIS PAGE LEFT INTENTIONALLY BLANK

The parties now make this sixth request for an extension for the deadline for Plaintiffs to file the Response and the Reply. The parties request this extension to allow the parties to discuss a potential resolution of all disputes between American Borate and Plaintiffs, including American Borate's Motion for Sanctions and Plaintiffs' Motion to Reconsider, and all other issues with this case. If the settlement negotiations are successful, it would result in dismissal of American Borate from this case and the appeal.  Thus, the parties request a two-week extension from today until and including September 2, 2022 to continue discussions of a potential resolution of all disputes between the Plaintiffs and American Borate. This is the parties' sixth request.

**LEONARD LAW PC**

**LAW OFFICES OF BYRON THOMAS**

/s/ Debbie Leonard

/s/ Byron E. Thomas

Debbie Leonard
Bar # 8260
955 South Virginia Street,
Suite 220
Reno, Nevada 89502
(775) 964-4656

Byron E. Thomas, Esq.
Bar # 8906
3275 S. Jones Blvd. Ste. 104
Las Vegas, NV 89146

Attorney for American Borate
Company and American Borate
Company of Texas

Attorney for Plaintiffs

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 22nd day of August, 2022.