KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for Hillcrest Investments, Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HILLCREST INVESTMENTS, LTD., a Canadian Corporation; AMERGOSA ENTERPRISE, LLC., <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN BORATE COMPANY, a foreign corporation; AMERICAN BORATE COMPANY of Texas, a foreign corporation; STATE ENGINEER, STATE OF NEVADA; DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES, DIVISION OF WATER RESOURCES, a Nevada Political Subdivision; RAMM CORPORATION, a Nevada Corporation; UNITED STATES FISH AND WILD SERVICE, a division of the UNITED STATES; NATIONAL PARK SERVICE, a division of the UNITED STATES; DOES I – V; and ROES VI – X, <br><br> Defendants. | Case No.  2:21-cv-00964-RFB-NJK <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANTS'AMERICAN BORATE COMPANY AND AMERICAN BORATE COMPANY OF TEXAS' RENEWED MOTION FOR SANCTIONS** <br><br> **(SIXTH REQUEST)** |

Plaintiffs, HILLCREST INVESTMENTS, LTD., and AMERGOSA ENTERPRISE, LLC[1] ("Plaintiffs"), Defendants, AMERICAN BORATE COMPANY AND AMERICAN BORATE COMPANY OF TEXAS (collectively "American Borate") and non-party attorney BYRON THOMAS, ESQ., ("Thomas") hereby stipulate and agree as follows:

On June 28, 2022, American Borate filed a renewed motion for sanctions against Plaintiffs and Thomas. Based on the filing of a previous stipulation, Plaintiffs' and Thomas' response is due September 2, 2022. However, Plaintiff, Hillcrest Investments, Ltd. has recently retained new counsel, Karen L. Hanks of Hanks Law Group, and Ms. Hanks has communicated with American

---
[1] The proper name is Amargosa Enterprises, LLC.

- 1 -

Borate's counsel regarding a potential resolution of the renewed motion for sanctions. However, to allow time to issue an offer and negotiate a resolution, the parties agree to extend both Plaintiffs' and Thomas' response deadline to September 23, 2022.

The parties do not seek this extension to cause delay or prejudice any party.

Dated this 2nd day of September, 2022.

| **HANKS LAW GROUP** | **LEONARD LAW, PC** |
|---|---|
| /s/ *Karen L. Hanks*<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Ste 110<br>Las Vegas, Nevada 89139<br>*Attorneys for Hillcrest Investments, Ltd.* | /s/ *Debbie Leonard*<br>Debbie Leonard, Esq.<br>Nevada Bar No. 8260<br>955 South Virginia Street, Ste 220<br>Reno, Nevada 89502<br>*Attorney for American Borate Company and American Borate Company of Texas* |
| **LAW OFFICES OF BYRON THOMAS**<br><br>/s/ *Byron Thomas*<br>Byron Thomas, Esq.<br>Nevada Bar No. 8906<br>3275 S. Jones Blvd. Ste 104<br>Las Vegas, Nevada 89146<br>*As Non-Party and Attorney for Amergosa Enterprise, LLC* | |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this 6th day of September, 2022.

- 2 -