1

**SAO**
BYRON E. THOMAS, ESQ. (NBN 8906)

2
E-mail: byronthomaslaw@gmail.com
LAW OFFICES OF BYRON THOMAS

3
3275 S. Jones Blvd, Ste 104
Las Vegas, Nevada 89146

4
Telephone:     702 747-3103
 *Attorney for Amergosa Enterprises*

5

6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF, NEVADA**

8

| | |
|---|---|
| HILLCREST     INVESTMENTS,     LTD.,     a Canadian     Corporation;     AMERGOSA ENTERPRISE, LLC., | Case No 2:21-cv-00964-RFB-NJK |

9

10
                    Plaintiffs,

11
vs.

12
AMERICAN  BORATE  COMPANY  a  foreign
corporation; AMERICAN BORATE COMPANY

13
OF TEXAS  a  foreign  corporation,  STATE
ENGINEER, STATE OF NEVADA,

14
DEPARTMENT OF CONSERVATION AND
NATURAL RESOURCES, DIVISION OF

15
WATER  RESOURCES,  A  Nevada  Political
Subdivision;  RAMM  Corporation,  a  Nevada

16
Corporation;  UNITED  STATES     FISH  AND
WILD  SERVICE  a  division  of  the  UNITED

17
STATES;  NATIONAL  PARK  SERVICE,  a
division of the UNITED STATES; and DOES I-

18
V, ROES VI-X,

19

20
                    Defendants.

Case No 2:21-cv-00964-RFB-NJK

**STIPULATION TO EXTEND DEADLINE
TO FILE RESPONSE TO
DEFENDANTS'AMERICAN BORATE
COMPANY AND AMERICAN BORATE
COMPANY OF TEXAS' RENEWED
MOTION FOR SANCTIONS AND REPLY
TO RESPONSE TO MOTION TO
RECONSIDER**

**(SEVENTH  REQUEST)**

21

22
        **COMES   NOW,** Plaintiff **AMERGOSA   ENTERPRISE,   LLC** ("Plaintiffs")   and

23
Defendants, **AMERICAN BORATE COMPANY AND AMERICAN BORATE COMPANY**

24
**OF TEXAS**  (hereafter "American Borate") by and through their respective  attorneys of record

25
hereby stipulate and agree as follows:

26
/ / /

27
/ / /

28

On August 22, 2022,  the Court granted the parties sixth request for an extension.  *ECF No.* 76.  The new due date for the Response to the Renewed Motion for Sanctions ("Response") and the Response to the Opposition to the Motion to Recondsider ("Reply") is September 2, 2022. *Id.*

THIS PAGE LEFT INTENTIONALLY BLANK

The parties now make this seventh request for an extension for the deadline to file the Response and the Reply, the additional time is needed to allow the parties to continue settlement negotiations and to resolve confusion over whether current counsel will continue the representation of Amergosa Enterprise, LLC.  The parties request the extension until September 23, 2022.  This is the parties' seventh request.

**LEONARD LAW PC**

/s/ Debbie Leonard
_____
Debbie Leonard
Bar # 8260
955 South Virginia Street,
Suite 220
Reno, Nevada 89502
(775) 964-4656

Attorney for American Borate Company and American Borate Company of Texas

**LAW OFFICES OF BYRON THOMAS**

/s/ Byron E. Thomas
_____
Byron E. Thomas, Esq.
Bar # 8906
3275 S. Jones Blvd. Ste. 104
Las Vegas, NV 89146

Attorney for Amargosa Enterprises, Inc.

**IT IS SO ORDERED.**

_____
**RICHARD F. BOULWARE, II**
**United States District Court**

DATED this 13th day of September, 2022.