KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HILLCREST INVESTMENTS, LTD., a Canadian Corporation; AMERGOSA ENTERPRISE, LLC.,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN BORATE COMPANY, a foreign corporation; AMERICAN BORATE COMPANY of Texas, a foreign corporation; STATE ENGINEER, STATE OF NEVADA; DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES, DIVISION OF WATER RESOURCES, a Nevada Political Subdivision; RAMM CORPORATION, a Nevada Corporation; UNITED STATES FISH AND WILD SERVICE, a division of the UNITED STATES; NATIONAL PARK SERVICE, a division of the UNITED STATES; DOES I – V; and ROES VI – X,<br><br>Defendants. | Case No. 2:21-cv-00964-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR HILLCREST INVESTMENTS, LTD. TO FILE RESPONSE TO DEFENDANTS' AMERICAN BORATE COMPANY AND AMERICAN BORATE COMPANY OF TEXAS' RENEWED MOTION FOR SANCTIONS**<br><br>**(EIGHTH REQUEST)** |

Plaintiff, HILLCREST INVESTMENTS, LTD. ("Hillcrest") and Defendants, AMERICAN BORATE COMPANY AND AMERICAN BORATE COMPANY OF TEXAS (collectively "American Borate") hereby stipulate and agree as follows:

Pursuant to the Court's Order approving the Seventh Stipulation for Extension of Time (ECF No. 80), the current deadline for Hillcrest to respond to American Borate's renewed motion for sanctions is October 14, 2022. Hillcrest's counsel, Karen L. Hanks, and Defendants' counsel, Debbie Leonard, have been diligently communicating about settlement and have exchanged initial

settlement offers, and counter-offers, with the latest offer being made on October 7, 2022. Hillcrest's counsel requires additional information regarding one term of the counter-offer, which Hillcrest is working on getting, and time to present the offer to her client. As a result, the parties agree to extend Hillcrest's response deadline to November 4, 2022.

The parties do not seek this extension to cause delay or to prejudice any party.

Dated this 13th day of October, 2022.

| HANKS LAW GROUP | LEONARD LAW, PC |
|---|---|
| /s/ Karen L. Hanks | /s/ Debbie Leonard |
| Karen L. Hanks, Esq. | Debbie Leonard, Esq. |
| Nevada Bar No. 9578 | Nevada Bar No. 8260 |
| 7625 Dean Martin Drive, Ste 110 | 955 South Virginia Street, Ste 220 |
| Las Vegas, Nevada 89139 | Reno, Nevada 89502 |
| *Attorneys for Plaintiffs* | *Attorney for American Borate Company and American Borate Company of Texas* |

**IT IS SO ORDERED.**

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 17th day of October, 2022.