1  KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
2  E-mail: karen@hankslg.com
HANKS LAW GROUP
3  7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
4  Telephone: (702) 758-8434
*Attorneys for Plaintiff Hillcrest Investments, Ltd.*

5

6                    **UNITED STATES DISTRICT COURT**

7                        **DISTRICT OF NEVADA**

8  HILLCREST INVESTMENTS, LTD., a          Case No.  2:21-cv-00964-RFB-NJK
   Canadian Corporation; AMERGOSA
9  ENTERPRISE, LLC.,

10                     Plaintiffs,          **STIPULATION AND ORDER TO**
                                            **EXTEND DEADLINE TO FILE**
                                            **RESPONSE TO**
11 vs.                                      **DEFENDANTS'AMERICAN BORATE**
                                            **COMPANY AND AMERICAN BORATE**
12 AMERICAN BORATE COMPANY, a foreign       **COMPANY OF TEXAS' RENEWED**
   corporation; AMERICAN BORATE             **MOTION FOR SANCTIONS**
13 COMPANY of Texas, a foreign corporation;
   STATE ENGINEER, STATE OF NEVADA;
14 DEPARTMENT OF CONSERVATION AND            **(TENTH REQUEST)**
   NATURAL RESOURCES, DIVISION OF
15 WATER RESOURCES, a Nevada Political
   Subdivision; RAMM CORPORATION, a
16 Nevada Corporation; UNITED STATES FISH
   AND WILD SERVICE, a division of the
17 UNITED STATES; NATIONAL PARK
   SERVICE, a division of the UNITED
18 STATES; DOES I – V; and ROES VI – X,

19                     Defendants.

20

21      Plaintiffs, HILLCREST INVESTMENTS, LTD. and AMERGOSA ENTERPRISE, LLC

22 ("Plaintiffs"), Defendants, AMERICAN BORATE COMPANY AND AMERICAN BORATE

23 COMPANY OF TEXAS (collectively "American Borate") and non-party attorney BYRON

24 THOMAS, ESQ. ("Thomas") hereby stipulate and agree as follows:

25      On June 28, 2022, American Borate filed a renewed motion for sanctions against Plaintiffs

26 and Thomas. Based on the filing of a previous stipulation, Plaintiffs' and Thomas' response is due

27 November 4, 2022. Hillcrest and American Borate have diligently been negotiating settlement.

28

                                    - 1 -

Amergosa has not communicated with American Borate, but because Thomas' motion to withdraw from representing Amergosa is still pending before the Court, Amergosa is included in this stipulation. To allow time for negotiations to continue the parties agree to extend Plaintiffs' and Thomas' response deadline to November 18, 2022.

The parties do not seek this extension to cause delay or prejudice any party.

Dated this 4th day of November, 2022.

**HANKS LAW GROUP**

**LEONARD LAW, PC**

*/s/ Karen L. Hanks*
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Ste 110
Las Vegas, Nevada 89139
*Attorneys for Plaintiff Hillcrest Investments, Ltd.*

*/s/ Debbie Leonard*
Debbie Leonard, Esq.
Nevada Bar No. 8260
955 South Virginia Street, Ste 220
Reno, Nevada 89502
*Attorney for American Borate Company and American Borate Company of Texas*

**LAW OFFICES OF BYRON THOMAS**

*/s/ Byron Thomas*
Bryon Thomas, Esq.
Nevada Bar No. 8906
3275 S. Jones Blvd. Ste 104
Las Vegas, Nevada 89146
*Attorney for Amergosa Enterprise, LLC and On behalf of himself individually*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 7th day of November, 2022.