KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for Plaintiff Hillcrest Investments, Ltd.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HILLCREST INVESTMENTS, LTD., a Canadian Corporation; AMERGOSA ENTERPRISE, LLC., <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN BORATE COMPANY, a foreign corporation; AMERICAN BORATE COMPANY of Texas, a foreign corporation; STATE ENGINEER, STATE OF NEVADA; DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES, DIVISION OF WATER RESOURCES, a Nevada Political Subdivision; RAMM CORPORATION, a Nevada Corporation; UNITED STATES FISH AND WILD SERVICE, a division of the UNITED STATES; NATIONAL PARK SERVICE, a division of the UNITED STATES; DOES I – V; and ROES VI – X, <br><br> Defendants. | Case No. 2:21-cv-00964-RFB-NJK <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO DEFENDANTS' AMERICAN BORATE COMPANY AND AMERICAN BORATE COMPANY OF TEXAS' RENEWED MOTION FOR SANCTIONS** <br><br> **(ELEVENTH REQUEST)** |

Plaintiffs, HILLCREST INVESTMENTS, LTD. and AMERGOSA ENTERPRISE, LLC ("Plaintiffs"), Defendants, AMERICAN BORATE COMPANY AND AMERICAN BORATE COMPANY OF TEXAS (collectively "American Borate") and non-party attorney BYRON THOMAS, ESQ., ("Thomas") hereby stipulate and agree as follows:

On June 28, 2022, American Borate filed a renewed motion for sanctions against Plaintiffs and Thomas. Based on the filing of a previous stipulation, Plaintiffs' and Thomas' response is due November 18, 2022. Hillcrest and American Borate have diligently been negotiating settlement.

- 1 -

American Borate needs additional time to consider the Plaintiffs' and Thomas' latest offer. As a result, the parties agree to extend Plaintiffs' and Thomas' response deadline to December 9, 2022.

The parties do not seek this extension to cause delay or prejudice any party.

Dated this 18th day of November, 2022.

| HANKS LAW GROUP | LEONARD LAW, PC |
|---|---|
| /s/ Karen L. Hanks | /s/ Debbie Leonard |
| Karen L. Hanks, Esq. | Debbie Leonard, Esq. |
| Nevada Bar No. 9578 | Nevada Bar No. 8260 |
| 7625 Dean Martin Drive, Ste 110 | 955 South Virginia Street, Ste 220 |
| Las Vegas, Nevada 89139 | Reno, Nevada 89502 |
| *Attorneys for Plaintiff Hillcrest Investments, Ltd.* | *Attorney for American Borate Company and American Borate Company of Texas* |

**LAW OFFICES OF BYRON THOMAS**

/s/ Byron Thomas
Bryon Thomas, Esq.
Nevada Bar No. 8906
3275 S. Jones Blvd. Ste 104
Las Vegas, Nevada 89146
*Attorney for Amergosa Enterprise, LLC and
On behalf of himself individually*



**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 21st day of November, 2022.