KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for Hillcrest Investments, Ltd.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HILLCREST INVESTMENTS, LTD., a Canadian Corporation; AMERGOSA ENTERPRISE, LLC., <br><br>Plaintiffs, <br><br>vs. <br><br>AMERICAN BORATE COMPANY, a foreign corporation; AMERICAN BORATE COMPANY of Texas, a foreign corporation; STATE ENGINEER, STATE OF NEVADA; DEPARTMENT OF CONSERVATION AND NATURAL RESOURCES, DIVISION OF WATER RESOURCES, a Nevada Political Subdivision; RAMM CORPORATION, a Nevada Corporation; UNITED STATES FISH AND WILD SERVICE, a division of the UNITED STATES; NATIONAL PARK SERVICE, a division of the UNITED STATES; DOES I – V; and ROES VI – X, <br><br>Defendants. | Case No. 2:21-cv-00964-RFB-NJK <br><br>**STATUS REPORT RE SETTLEMENT** |

Plaintiff, HILLCREST INVESTMENTS, LTD. ("Hillcrest"), Defendants, AMERICAN BORATE COMPANY AND AMERICAN BORATE COMPANY OF TEXAS (collectively "American Borate"), and non-party Byron Thomas, hereby provide a status regarding settlement to the court.

/ / /

/ / /

/ / /

- 1 -

The parties have executed the necessary settlement documents and based on the date executed, Hillcrest has until March 13, 2023 to wire the settlement funds. Upon completion of this wire, the parties will submit the appropriate dismissals and withdrawals of any pending issues.

Dated this 17th day of February, 2023.

| HANKS LAW GROUP | LEONARD LAW, PC |
|---|---|
| */s/ Karen L. Hanks* <br> Karen L. Hanks, Esq. <br> Nevada Bar No. 9578 <br> 7625 Dean Martin Drive, Ste 110 <br> Las Vegas, Nevada 89139 <br> *Attorneys for Hillcrest Investments, Ltd.* | */s/ Debbie Leonard* <br> Debbie Leonard, Esq. <br> Nevada Bar No. 8260 <br> 955 South Virginia Street, Ste 220 <br> Reno, Nevada 89502 <br> *Attorney for American Borate Company and American Borate Company of Texas* |

**LAW OFFICES OF BYRON THOMAS**

*/s/ Byron Thomas*
Bryon Thomas, Esq.
Nevada Bar No. 8906
3275 S. Jones Blvd. Ste 104
Las Vegas, Nevada 89146

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 21st day of February, 2023.

- 2 -